IN THE UNITED STATES BANKRUPTCY
COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

IN RE: Barbara Jean Sims       :      Chapter 13

    Debtor(s)                  :      Bankruptcy No. 21-12240-amc

## O R D E R

AND NOW, this _____ day of _____, 2021 upon consideration of the Debtor(s)' motion for an extension of time, it is HEREBY ORDERED that said motion is GRANTED. The Debtor(s) shall have an additional fourteen (14) days to comply with the Court's Order and shall file all required documents on or before **September 10, 2021.**

BY THE COURT:

_____

J.