IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Barbara Jean Sims        :        Chapter 13

    Debtor(s)                    :        Bankruptcy No. 21-12240-amc

## CERTIFICATE OF SERVICE

I, Timothy E. Wilfong, herby certify that on **August 23, 2021**, I caused to be served a true and correct copy of **DEBTOR'S MOTION FOR EXTENSION OF TIME** electronically via CM/ECF system on the private Chapter 13 Trustee, and the U.S. Trustee, along with service on all creditors and interested parties according to L.B.R 9014-2 via: USPS First Class Mail, postage prepaid.

Service List Attached:

    Respectfully:

    /s/ Timothy E Wilfong
    Timothy E Wilfong, Esquire
    20 S. Main Street
    Phoenixville, PA 19460
    Attorney ID:  208737
    (610) 935-5555
    (610) 680-3910 (Fax)

```
Label Matrix for local noticing          Philadelphia                              AFC Urgent Care
0313-2                                   900 Market Street                         265 Schuylkill Road
Case 21-12240-amc                        Suite 400                                 Phoenixville, PA 19460-1879
Eastern District of Pennsylvania         Philadelphia, PA 19107-4233
Philadelphia
Mon Aug 23 13:02:30 EDT 2021

AmeriCredit Financial Services, Inc. dba (p)AMERICOLLECT INC                       Apex Asset Management LLC
P O Box 183853                           PO BOX 2080                               2501 Oregon Pike STE 102
Arlington, TX 76096-3853                 MANITOWOC WI 54221-2080                   Lancaster, PA 17601-4890


Arcadia Recovery Bureau LLC              Asset Acceptance LLC                      Brandywine
PO Box 6768                              P.O. Box 2036                             201 Reeceville Road
Philadelphia, PA 19132-0768              Warren, MI 48090-2036                     Coatesville, PA 19320-1536


C-Tech Collections, Inc                  Cardiology Consultants of Philadelphia    Harris & Harris Ltd
PO Box 402                               207 North Broad St 3rd FL                 111 West Jackson Blvd, Suite 400
Mt. Sinai, NY 11766-0402                 Philadelphia, PA 19107-1500               Chicago, IL 60604-4135


Internal Revenue Service                 Katherine E. LaDow, Esq.                  Keystone Collections Group
PO Box 7346                              Lamb McErlane PC                          546 Wendel Road
Philadelphia, PA 19101-7346              24 East Market Street                     Irwin, PA 15642-7539
                                         P.O. Box 565
                                         West Chester, PA 19381-0565

Main Line Emergency Med Assoc            Main Line Gastroenterology Assc.          Main Line Health
56 W Main St, Ste 305                    PO Box 782167                             130 South Bryn Mawr Avenue
Christiana, DE 19702-1503                Philadelphia, PA 19178-2167               Bryn Mawr, PA 19010-3121


Main Line Health                         Minquas Fire Co Ambulance                 North American Partners in Anesthesia
P.O. Box 780163                          PO Box 726                                PO Box 275
Philadelphia, PA 19178-0163              New Cumberland, PA 17070-0726             Glen Head, NY 11545-0275


PMA Gastroenterology Center              PMA Medical Specialists                   (p)PNC BANK RETAIL LENDING
PO Box 722                               PO Box 791486                             P O BOX 94982
Phoenixville, PA 19460-0722              Baltimore, MD 21279-1486                  CLEVELAND OH 44101-4982


PNC Bank, National Association           PNC Mortgage, a division of PNC Bank, NA  Paoli Hematology Oncology Assoc.
c/o Manley Deas Kochalski LLC            Attn: Bankruptcy Department               2 Industrial Blvd. Suite 110
P.O. Box 165028                          3232 Newmark Drive                        Paoli, PA 19301-1768
Columbus, OH 43216-5028                  Miamisburg, OH 45342-5421


Paoli Hospital                           Penn Medicine                             Premier Orthopaedics
255 W Lancaster Ave                      PO Box 824406                             PO Box 1870
Paoli, PA 19301-1793                     Philadelphia, PA 19182-4406               Cary, NC 27512-1870
```

Premier Orthopaedics
PO Box 5257
New York, NY 10008-5257

Regional Gast. Assoc. of Lancaster
PO Box 782167
Philadelphia, PA 19178-2167

Tek-collect Inc
PO Box 1269
Columbus, OH 43216-1269

Timothy E. Wilfong, Esquire
Law Office of Timothy E Wilfong LLC
20 South Main Street
Phoenixville, PA 19460-3436

Tower Health
PO Box 16051
Reading PA 19612-6051

Tower Health
PO Box 825602
Philadelphia, PA 19182-5602

Tower Health System
PO Box 70894
Philadelphia, PA 19176-5894

Transworld System Inc
500 Virginia Dr., Suite 514
Ft. Washington, PA 19034-2733

United Anes Serv PC
PO Box 828962
Philadelphia, PA 19182-8962

Valley Forge Sewer Authority
333 Pawlings Road
Phoenixville, PA 19460-2656

Barbara Jean Sims
1173 S. Evergreen Dr.
Phoenixville, PA 19460-2205