United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 21-12240-amc

Barbara Jean Sims   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Sep 13, 2021      Form ID: 309I      Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara Jean Sims, 1173 S. Evergreen Dr., Phoenixville, PA 19460-2205 |
| 14629432 | + | AFC Urgent Care, 265 Schuylkill Road, Phoenixville, PA 19460-1879 |
| 14629435 | | Apex Asset Management LLC, 2501 Oregon Pike STE 102, Lancaster, PA 17601-4890 |
| 14629436 | + | Arcadia Recovery Bureau LLC, PO Box 6768, Philadelphia, PA 19132-0768 |
| 14629438 | + | Brandywine, 201 Reeceville Road, Coatesville, PA 19320-1536 |
| 14629439 | + | C-Tech Collections, Inc, PO Box 402, Mt. Sinai, NY 11766-0402 |
| 14629443 | | Katherine E. LaDow, Esq., Lamb McErlane PC, 24 East Market Street, P.O. Box 565, West Chester, PA 19381-0565 |
| 14629444 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14629445 | | Main Line Emergency Med Assoc, 56 W Main St, Ste 305, Christiana, DE 19702-1503 |
| 14629446 | | Main Line Gastroenterology Assc., PO Box 782167, Philadelphia, PA 19178-2167 |
| 14629448 | | Main Line Health, P.O. Box 780163, Philadelphia, PA 19178-0163 |
| 14629447 | + | Main Line Health, 130 South Bryn Mawr Avenue, Bryn Mawr, PA 19010-3121 |
| 14629449 | | Minquas Fire Co Ambulance, PO Box 726, New Cumberland, PA 17070-0726 |
| 14629450 | | North American Partners in Anesthesia, PO Box 275, Glen Head, NY 11545-0275 |
| 14629455 | | PMA Medical Specialists, PO Box 791486, Baltimore, MD 21279-1486 |
| 14629457 | + | PNC Mortgage, a division of PNC Bank, NA, Attn: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14629451 | + | Paoli Hematology Oncology Assoc., 2 Industrial Blvd. Suite 110, Paoli, PA 19301-1768 |
| 14629452 | + | Paoli Hospital, 255 W Lancaster Ave, Paoli, PA 19301-1793 |
| 14629453 | | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14634122 | + | Phoenixville Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14629458 | | Premier Orthopaedics, PO Box 1870, Cary, NC 27512-1870 |
| 14629459 | | Premier Orthopaedics, PO Box 5257, New York, NY 10008-5257 |
| 14629460 | | Regional Gast. Assoc. of Lancaster, PO Box 782167, Philadelphia, PA 19178-2167 |
| 14629461 | + | Tek-collect Inc, PO Box 1269, Columbus, OH 43216-1269 |
| 14629462 | + | Timothy E. Wilfong, Esquire, Law Office of Timothy E Wilfong LLC, 20 South Main Street, Phoenixville, PA 19460-3436 |
| 14629464 | | Tower Health, PO Box 825602, Philadelphia, PA 19182-5602 |
| 14629463 | | Tower Health, PO Box 16051, Reading PA 19612-6051 |
| 14629465 | | Tower Health System, PO Box 70894, Philadelphia, PA 19176-5894 |
| 14634124 | + | Township of Schuylkill, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14629467 | + | United Anes Serv PC, PO Box 828962, Philadelphia, PA 19182-8962 |
| 14629468 | + | Valley Forge Sewer Authority, 333 Pawlings Road, Phoenixville, PA 19460-2656 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: timwilfong@aol.com | Sep 13 2021 23:38:00 | TIMOTHY WILFONG, Law Office of Timothy E Wilfong LLC, 20 South Main Street, Phoenixville, PA 19460 |
| tr | + | Email/Text: bncnotice@ph13trustee.com | Sep 13 2021 23:38:00 | WILLIAM C. MILLER, Esq., Office of the Chapter 13 Standing Truste, P.O. Box 40837, Philadelphia, PA 19107-0837 |
| smg | | Email/Text: megan.harper@phila.gov | | |

Case 21-12240-amc   Doc 20   Filed 09/15/21   Entered 09/16/21 00:33:20   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 13, 2021 | Form ID: 309I | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 13 2021 23:38:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 14 2021 06:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 13 2021 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Sep 13 2021 23:38:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14629433 | | Email/Text: ebn@americollect.com | Sep 13 2021 23:38:00 | United States Trustee, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 14629434 | + | EDI: PHINAMERI.COM | Sep 13 2021 23:38:00 | Americollect, 1851 S. Alverno Rd, Manitowoc, WI 54221-1566 |
| 14629437 | | EDI: ACCE.COM | Sep 14 2021 06:38:00 | AmeriCredit Financial Services, Inc. dba, P O Box 183853, Arlington, TX 76096-3853 |
| 14629440 | | Email/Text: kellyp@ccpdocs.com | Sep 14 2021 06:38:00 | Asset Acceptance LLC, P.O. Box 2036, Warren, MI 48090-2036 |
| 14629441 | | EDI: PHINHARRIS | Sep 13 2021 23:38:00 | Cardiology Consultants of Philadelphia, 207 North Broad St 3rd FL, Philadelphia, PA 19107-1500 |
| 14629442 | | EDI: IRS.COM | Sep 14 2021 06:38:00 | Harris & Harris Ltd, 111 West Jackson Blvd, Suite 400, Chicago, IL 60604-4135 |
| 14632284 | + | EDI: MID8.COM | Sep 14 2021 06:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14629456 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 14 2021 06:38:00 | MIDLAND CREDIT MANAGEMENT, INC. as agent for, Asset Acceptance, LLC, Po Box 2036, Warren MI 48090-2036 |
| 14629466 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 13 2021 23:38:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-4982 |
| | | | Sep 13 2021 23:38:00 | Transworld System Inc, 500 Virginia Dr., Suite 514, Ft. Washington, PA 19034-2733 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | WILLIAM C. MILLER, Esq., Office of the Chapter 13 Standing Truste, P.O. Box 40837, Philadelphia, PA 19107-0837 |
| 14629454 | ## | PMA Gastroenterology Center, PO Box 722, Phoenixville, PA 19460-0722 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 13, 2021 | Form ID: 309I | Total Noticed: 46 |
| Date: Sep 15, 2021 | Signature: /s/Joseph Speetjens | |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2021 at the address(es) listed below:

**Name**    **Email Address**

ADAM BRADLEY HALL
   on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

REBECCA ANN SOLARZ
   on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

TIMOTHY WILFONG
   on behalf of Debtor Barbara Jean Sims timwilfong@aol.com  notice1776@gmail.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
   on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
   ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **Barbara Jean Sims**<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–5473<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter:  13  8/13/21 |
| Case number: | 21–12240–amc | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                                   10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Barbara Jean Sims | |
| 2. | **All other names used in the last 8 years** | aka Barbara J Taney Sims, aka Barbara J Sims | |
| 3. | **Address** | 1173 S. Evergreen Dr.<br>Phoenixville, PA 19460 | |
| 4. | **Debtor's attorney**<br>Name and address | TIMOTHY WILFONG<br>Law Office of Timothy E Wilfong LLC<br>20 South Main Street<br>Phoenixville, PA 19460 | Contact phone 610 247 1249<br>Email: timwilfong@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Office of the Chapter 13 Standing Trustee<br>P.O. Box 40837<br>Philadelphia, PA 19107 | Contact phone 215–627–1377<br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M;<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (215)408–2800<br>Date: 9/13/21 |

**For more information, see page 2**

Debtor **Barbara Jean Sims**                                           Case number **21–12240–amc**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 13, 2021 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**The Mtg of Creditors will be conducted, via telephonic conference. All interested, parties shall contact the Trustee, for connection details** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/13/21** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/22/21** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/9/22** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**    30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $363.00 per month for 43 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**11/30/21** at **10:00 AM** , Location: **Courtroom #4, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |