IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
**Barbara Jean Sims** : BKY. NO. **21-12240**

*Debtor*

## **Statement Concerning Payment Advices**

Pursuant to 11 U.S.C. 521(a)(1)(B)(iv), I, **Barbara Jean Sims** state as follows: I was not employed and did not receive payment advices during the 60 days prior to the filing of this bankruptcy case. My only source of Income was **unemployment compensation.**

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated: 09/20/2021

*Barbara Sims*
Debtor