# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Chapter 13

BARBARA  JEAN SIMS                                    Bankruptcy No. 21-12240-AMC

1173 S. EVERGREEN DR.

PHOENIXVILLE, PA 19460-

Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
BARBARA  JEAN SIMS

1173 S. EVERGREEN DR.

PHOENIXVILLE, PA 19460-

**Counsel for debtor(s), by electronic notice only.**
TIMOTHY WILFONG
20 S MAIN ST

PHOENIXVILLE, PA 19460-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 10/19/2021                                                                        /s/ Kenneth E. West

_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee