**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                              Chapter 13

                              Bankruptcy No. 21-12240-AMC

BARBARA JEAN SIMS

1173 S. EVERGREEN DR.

PHOENIXVILLE, PA 19460-

      Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    BARBARA JEAN SIMS

    1173 S. EVERGREEN DR.

    PHOENIXVILLE, PA 19460-

Counsel for debtor(s), by electronic notice only.

    TIMOTHY WILFONG
    20 S MAIN ST

    PHOENIXVILLE, PA 19460-

Date: 12/1/2021                               /S/ Kenneth E. West
                                                     _____
                                                     Kenneth E. West, Esquire
                                                     Chapter 13 Standing Trustee