## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 21-12240** |
| **Barbara Jean Sims AKA Barbara J** | : | **Chapter 13** |
| **Taney Sims, AKA Barbara J Sims** | : | **Judge Ashely M. Chan** |
| | : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **PNC Bank, National Association** | : | |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| | : | |
| **Barbara Jean Sims AKA Barbara J** | : | |
| **Taney Sims, AKA Barbara J Sims** | : | |
| **Oliver Sims** | : | |
| | : | |
| **Kenneth E. West** | | |
| **Respondents.** | | |

## <u>NOTICE OF FORBEARANCE AGREEMENT EXTENSION PURSUANT TO A COVID-19 HARDSHIP</u>

COMES NOW, Manley Deas Kochalski LLC, on behalf of Secured Creditor, PNC Bank, National Association and files this Notice of Forbearance Agreement extension Pursuant to a COVID-19 Hardship (the "Notice") with the Court regarding Debtor's request for payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic, and in support of same, states as follows:

1.    Debtor(s) requested a forbearance agreement related to a COVID-19 hardship with respect to Debtor's property located at 1173 South Evergreen Drive, Phoenixville, PA 19460.

2.    Secured Creditor agreed to a payment forbearance for a period of 3 months starting with the month of January 1, 2022 and ending with the month of March 1, 2022 (the "Forbearance Period").

21-020499_JMB3

3.      By this Notice, Secured Creditor is requesting that Debtor's (Debtors') counsel

take whatever steps are necessary, if any, to formalize this agreement with the Bankruptcy Court,

such as an Amended Plan, Request for Loss Mitigation or Notice of Loan Modification if same is

required.

4.      Secured Creditor does not waive its rights to seek relief from the automatic stay

for reasons other than non-payment during the Forbearance Period, including, but not limited to,

a lapse in insurance coverage or non-payment of property taxes.

5.      Secured Creditor does not waive any rights to collect the payments that come due

during the forbearance period after the forbearance plan ends, subject to the rules of the

Bankruptcy Code.

6.      Secured Creditor does not waive its rights under other applicable non-bankruptcy

laws and regulations, including, but not limited to, RESPA, and the right to collect any post-

petition escrow shortage, subject to the rules of the Bankruptcy Code.

7.      Furthermore, during the forbearance period Secured Creditor may continue to file

notices in compliance with Fed. Rule Bankr. P. 3002.1.

Respectfully submitted,

/s/Alyk L. Oflazian
_____

Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor

The case attorney for this file is Alyk L.
Oflazian.
Contact email is
ALOflazian@manleydeas.com


Counsel for Secured Creditor, PNC Bank,
National Association

21-020499_JMB3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 21-12240** |
| **Barbara Jean Sims AKA Barbara J** | : | **Chapter 13** |
| **Taney Sims, AKA Barbara J Sims** | : | **Judge Ashely M. Chan** |
| | : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **PNC Bank, National Association** | : | **Related Document #** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Barbara Jean Sims AKA Barbara J** | : | |
| **Taney Sims, AKA Barbara J Sims** | : | |
| **Oliver Sims** | : | |
| | : | |
| **Kenneth E. West** | | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Forbearance

Agreement Extension Pursuant to a COVID-19 Hardship was served on the parties listed below

via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, Office of the Chapter 13 Standing Trustee, 1234
Market Street - Suite 1813, Philadelphia, PA 19107, ecfemails@ph13trustee.com

Timothy Wilfong, Attorney for Barbara Jean Sims AKA Barbara J Taney Sims, AKA Barbara
J Sims, Law Office of Timothy E Wilfong LLC, 20 South Main Street, Phoenixville, PA
19460, timwilfong@aol.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on January 11 ,
2022:

Barbara Jean Sims AKA Barbara J Taney Sims, AKA Barbara J Sims, 1173 S. Evergreen Dr.,
Phoenixville, PA 19460

21-020499_JMB3

Oliver Sims, 1173 South Evergreen Drive, Phoenixville, PA  19460

DATE: _____1/11/2022_____

/s/Alyk L. Oflazian
_____
Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L.
Oflazian.
Contact email is
ALOflazian@manleydeas.com

21-020499_JMB3