United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12240-amc |
| Barbara Jean Sims | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 19, 2022 | Form ID: 155 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara Jean Sims, 1173 S. Evergreen Dr., Phoenixville, PA 19460-2205 |
| 14629432 | + | AFC Urgent Care, 265 Schuylkill Road, Phoenixville, PA 19460-1879 |
| 14641127 | + | Arcadia Recovery Bureau LLC, PO Box 6768, Wyomissing, PA 19610-0768 |
| 14629436 | + | Arcadia Recovery Bureau LLC, PO Box 6768, Philadelphia, PA 19132-0768 |
| 14629438 | #+ | Brandywine, 201 Reeceville Road, Coatesville, PA 19320-1542 |
| 14629439 | + | C-Tech Collections, Inc, PO Box 402, Mt. Sinai, NY 11766-0402 |
| 14629443 | | Katherine E. LaDow, Esq., Lamb McErlane PC, 24 East Market Street, P.O. Box 565, West Chester, PA 19381-0565 |
| 14642703 | + | Katherine LaDow, Esquire, PO Box 565, 24 E. Market Street, West Chester, PA 19382-3151 |
| 14629444 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14629445 | | Main Line Emergency Med Assoc, 56 W Main St, Ste 305, Christiana, DE 19702-1503 |
| 14629446 | | Main Line Gastroenterology Assc., PO Box 782167, Philadelphia, PA 19178-2167 |
| 14629448 | | Main Line Health, P.O. Box 780163, Philadelphia, PA 19178-0163 |
| 14629447 | + | Main Line Health, 130 South Bryn Mawr Avenue, Bryn Mawr, PA 19010-3121 |
| 14629449 | | Minquas Fire Co Ambulance, PO Box 726, New Cumberland, PA 17070-0726 |
| 14629450 | | North American Partners in Anesthesia, PO Box 275, Glen Head, NY 11545-0275 |
| 14641132 | + | PMA Gastroenterology Center, 420 W Linfield-Trappe Rd Suite 102, Royersford, PA 19468-4293 |
| 14629455 | | PMA Medical Specialists, PO Box 791486, Baltimore, MD 21279-1486 |
| 14641133 | + | PMA Medical Specialists, 13 Armand Hammer Blvd, Suite 100, Pottstown, PA 19464-5083 |
| 14634948 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14629457 | + | PNC Mortgage, a division of PNC Bank, NA, Attn: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14629451 | + | Paoli Hematology Oncology Assoc., 2 Industrial Blvd. Suite 110, Paoli, PA 19301-1768 |
| 14629452 | + | Paoli Hospital, 255 W Lancaster Ave, Paoli, PA 19301-1793 |
| 14629453 | | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14634122 | + | Phoenixville Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14629458 | | Premier Orthopaedics, PO Box 1870, Cary, NC 27512-1870 |
| 14629459 | | Premier Orthopaedics, PO Box 5257, New York, NY 10008-5257 |
| 14629460 | | Regional Gast. Assoc. of Lancaster, PO Box 782167, Philadelphia, PA 19178-2167 |
| 14629462 | + | Timothy E. Wilfong, Esquire, Law Office of Timothy E Wilfong LLC, 20 South Main Street, Phoenixville, PA 19460-3436 |
| 14629464 | | Tower Health, PO Box 825602, Philadelphia, PA 19182-5602 |
| 14629463 | | Tower Health, PO Box 16051, Reading PA 19612-6051 |
| 14629465 | | Tower Health System, PO Box 70894, Philadelphia, PA 19176-5894 |
| 14634124 | + | Township of Schuylkill, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14629467 | + | United Anes Serv PC, PO Box 828962, Philadelphia, PA 19182-8962 |
| 14629468 | + | Valley Forge Sewer Authority, 333 Pawlings Road, Phoenixville, PA 19460-2656 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 19, 2022 | Form ID: 155 | Total Noticed: 48 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14629433 | Email/Text: ebn@americollect.com | Jul 20 2022 00:10:00 | Americollect, 1851 S. Alverno Rd, Manitowoc, WI 54221-1566 |
| 14629434 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 20 2022 00:10:00 | AmeriCredit Financial Services, Inc. dba, P O Box 183853, Arlington, TX 76096-3853 |
| 14629435 | ^ MEBN | Jul 20 2022 00:05:42 | Apex Asset Management LLC, 2501 Oregon Pike STE 102, Lancaster, PA 17601-4890 |
| 14684573 | + Email/Text: rperez@arcadiarecovery.com | Jul 20 2022 00:10:00 | Arcadia Recovery Bureau LLC, 645 Penn Street, 4th Floor, Reading, PA 19601-3559 |
| 14629437 | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Jul 20 2022 00:10:00 | Asset Acceptance LLC, P.O. Box 2036, Warren, MI 48090-2036 |
| 14629440 | Email/Text: kellyp@ccpdocs.com | Jul 20 2022 00:10:00 | Cardiology Consultants of Philadelphia, 207 North Broad St 3rd FL, Philadelphia, PA 19107-1500 |
| 14629441 | Email/Text: Harris@ebn.phinsolutions.com | Jul 20 2022 00:10:00 | Harris & Harris Ltd, 111 West Jackson Blvd, Suite 400, Chicago, IL 60604-4135 |
| 14629442 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 20 2022 00:10:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14632284 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2022 00:10:00 | MIDLAND CREDIT MANAGEMENT, INC. as agent for, Asset Acceptance, LLC, Po Box 2036, Warren MI 48090-2036 |
| 14629456 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 20 2022 00:10:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-4982 |
| 14644348 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 20 2022 00:10:00 | PNC Bank, National Association, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14631289 | Email/Text: amps@manleydeas.com | Jul 20 2022 00:10:00 | PNC Bank, National Association, c/o Adam B. Hall, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14629461 | + Email/Text: Bankruptcy@TekCollect.com | Jul 20 2022 00:10:00 | Tek-collect Inc, PO Box 1269, Columbus, OH 43216-1269 |
| 14629466 | + Email/Text: bankruptcydepartment@tsico.com | Jul 20 2022 00:10:00 | Transworld System Inc, 500 Virginia Dr., Suite 514, Ft. Washington, PA 19034-2733 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14644584 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14629454 | ## | PMA Gastroenterology Center, PO Box 722, Phoenixville, PA 19460-0722 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 19, 2022 | Form ID: 155 | Total Noticed: 48 |

Date: Jul 21, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2022 at the address(es) listed below:**

**Name**         **Email Address**

ADAM BRADLEY HALL
　　on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com

ALYK L OFLAZIAN
　　on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com

KENNETH E. WEST
　　ecfemails@ph13trustee.com philaecf@gmail.com

REBECCA ANN SOLARZ
　　on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

TIMOTHY WILFONG
　　on behalf of Debtor Barbara Jean Sims timwilfong@aol.com notice1776@gmail.com

United States Trustee
　　USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Barbara Jean Sims
     Debtor(s)

Chapter: 13

Bankruptcy No: 21−12240−amc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this July 19, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                        Ashely M. Chan
                                                        Judge ,
                                                        United States Bankruptcy Court