**Fill in this information to identify the case:**

Debtor 1 **BARBARA JEAN SIMS**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the: **Eastern District of Pennsylvania**
(State)

Case Number **21-12240-AMC**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** PNC BANK,N.A.

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 3 3 7 8

**Property Address:**
1173 S. EVERGREEN DRIVE
Number Street

PHOENIXVILLE PA 19460
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | **Amount** |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 9,562.42 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 9,562.42 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 9,562.42 |

## Part 4: Postpetition Payment

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on ______________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

## Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR .**

✘ /s/ Kenneth E. West — Date 08/27/2026
Signature

Trustee: Kenneth E. West
First Name Middle Name Last Name

Address: 190 N. Independence Mall West, Suite 701
Number Street

Philadelphia PA 19106
City State ZIP Code

Contact phone (215) 627-1377 Email info@ph13trustee.com

Debtor 1 **BARBARA JEAN SIMS** Case Number **21-12240-AMC** 

Name

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 08/16/2022 | 3013880 | Disbursement To Creditor/Principal | 287.36 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 10/11/2022 | 3016208 | Disbursement To Creditor/Principal | 220.16 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 11/15/2022 | 3017493 | Disbursement To Creditor/Principal | 220.16 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 12/13/2022 | 3018752 | Disbursement To Creditor/Principal | 440.33 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 02/08/2023 | 3021177 | Disbursement To Creditor/Principal | 220.15 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 03/09/2023 | 3022433 | Disbursement To Creditor/Principal | 220.17 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 04/12/2023 | 3023685 | Disbursement To Creditor/Principal | 220.17 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 05/09/2023 | 3024945 | Disbursement To Creditor/Principal | 220.15 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 06/13/2023 | 3026126 | Disbursement To Creditor/Principal | 220.17 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 07/13/2023 | 3027262 | Disbursement To Creditor/Principal | 220.16 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 08/15/2023 | 3028404 | Disbursement To Creditor/Principal | 220.16 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 09/18/2023 | 3029585 | Disbursement To Creditor/Principal | 220.16 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 10/10/2023 | 3030599 | Disbursement To Creditor/Principal | 215.38 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 12/21/2023 | 4000434 | Disbursement To Creditor/Principal | 430.75 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 01/16/2024 | 4001290 | Disbursement To Creditor/Principal | 215.38 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 02/12/2024 | 4002195 | Disbursement To Creditor/Principal | 215.38 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 03/12/2024 | 4003117 | Disbursement To Creditor/Principal | 215.38 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 04/10/2024 | 4004033 | Disbursement To Creditor/Principal | 215.38 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 05/13/2024 | 4004942 | Disbursement To Creditor/Principal | 215.38 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 06/14/2024 | 4005870 | Disbursement To Creditor/Principal | 215.38 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 07/17/2024 | 4006823 | Disbursement To Creditor/Principal | 215.38 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 08/14/2024 | 4007750 | Disbursement To Creditor/Principal | 215.37 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 10/16/2024 | 4009458 | Disbursement To Creditor/Principal | 435.54 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 11/13/2024 | 4010373 | Disbursement To Creditor/Principal | 217.77 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 12/11/2024 | 4011209 | Disbursement To Creditor/Principal | 217.77 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 02/12/2025 | 4012925 | Disbursement To Creditor/Principal | 435.54 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 03/12/2025 | 4013776 | Disbursement To Creditor/Principal | 217.77 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 04/15/2025 | 4014632 | Disbursement To Creditor/Principal | 217.77 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 05/14/2025 | 4015514 | Disbursement To Creditor/Principal | 217.77 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 06/11/2025 | 4016375 | Disbursement To Creditor/Principal | 217.77 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 07/16/2025 | 4017196 | Disbursement To Creditor/Principal | 217.77 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 09/10/2025 | 4018880 | Disbursement To Creditor/Principal | 217.77 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 10/15/2025 | 4019729 | Disbursement To Creditor/Principal | 217.77 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 11/19/2025 | 4020624 | Disbursement To Creditor/Principal | 217.77 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 01/14/2026 | 4022279 | Disbursement To Creditor/Principal | 217.76 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 02/11/2026 | 4023164 | Disbursement To Creditor/Principal | 435.53 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 03/18/2026 | 4024027 | Disbursement To Creditor/Principal | 217.77 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 04/15/2026 | 4024931 | Disbursement To Creditor/Principal | 217.76 |
| 10 | PNC BANK,N.A. | Secured Mortgage Paid In Full R/E | 05/13/2026 | 4025817 | Disbursement To Creditor/Principal | 126.36 |
| | | | | | Total for Claim Number 10: | 9,562.42 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **9,562.42** |