Certificate Number: 00301-PAE-DE-041482987

Bankruptcy Case Number: 21-12240

00301-PAE-DE-041482987

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 24, 2026, at 2:44 o'clock PM EDT, BARBARA J SIMS completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 24, 2026

By: /s/Joan Souissi

Name: Joan Souissi

Title: Certified Credit Counselor, Supervisor