United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 21-12240-amc
Barbara Jean Sims Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Sep 25, 2026 Form ID: 138OBJ Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara Jean Sims, 1173 S. Evergreen Dr., Phoenixville, PA 19460-2205 |
| 14629432 | + | AFC Urgent Care, 265 Schuylkill Road, Phoenixville, PA 19460-1879 |
| 14629436 | + | Arcadia Recovery Bureau LLC, PO Box 6768, Philadelphia, PA 19132-0768 |
| 14629443 | | Katherine E. LaDow, Esq., Lamb McErlane PC, 24 East Market Street, P.O. Box 565, West Chester, PA 19381-0565 |
| 14642703 | + | Katherine LaDow, Esquire, PO Box 565, 24 E. Market Street, West Chester, PA 19382-3151 |
| 14629445 | | Main Line Emergency Med Assoc, 56 W Main St, Ste 305, Christiana, DE 19702-1503 |
| 14629446 | | Main Line Gastroenterology Assc., PO Box 782167, Philadelphia, PA 19178-2167 |
| 14629447 | + | Main Line Health, 130 South Bryn Mawr Avenue, Bryn Mawr, PA 19010-3121 |
| 14629448 | | Main Line Health, P.O. Box 780163, Philadelphia, PA 19178-0163 |
| 14629449 | | Minquas Fire Co Ambulance, PO Box 726, New Cumberland, PA 17070-0726 |
| 14641132 | + | PMA Gastroenterology Center, 420 W Linfield-Trappe Rd Suite 102, Royersford, PA 19468-4293 |
| 14629454 | | PMA Gastroenterology Center, PO Box 722, Phoenixville, PA 19460-0722 |
| 14629455 | | PMA Medical Specialists, PO Box 791486, Baltimore, MD 21279-1486 |
| 14641133 | + | PMA Medical Specialists, 13 Armand Hammer Blvd, Suite 100, Pottstown, PA 19464-5083 |
| 14634948 | + | PNC BANK, NATIONAL ASSOCIATION, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14629457 | + | PNC Mortgage, a division of PNC Bank, NA, Attn: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14629451 | #+ | Paoli Hematology Oncology Assoc., 2 Industrial Blvd. Suite 110, Paoli, PA 19301-1768 |
| 14629452 | + | Paoli Hospital, 255 W Lancaster Ave, Paoli, PA 19301-1793 |
| 14629458 | | Premier Orthopaedics, PO Box 1870, Cary, NC 27512-1870 |
| 14629459 | | Premier Orthopaedics, PO Box 5257, New York, NY 10008-5257 |
| 14629460 | | Regional Gast. Assoc. of Lancaster, PO Box 782167, Philadelphia, PA 19178-2167 |
| 14629462 | + | Timothy E. Wilfong, Esquire, Law Office of Timothy E Wilfong LLC, 20 South Main Street, Phoenixville, PA 19460-3436 |
| 14629464 | | Tower Health, PO Box 825602, Philadelphia, PA 19182-5602 |
| 14629463 | | Tower Health, PO Box 16051, Reading PA 19612-6051 |
| 14709682 | + | Tower Health, 420 S. Fifth Avenue, West Reading, PA 19611-2143 |
| 14629465 | | Tower Health System, PO Box 70894, Philadelphia, PA 19176-5894 |
| 14629467 | + | United Anes Serv PC, PO Box 828962, Philadelphia, PA 19182-8962 |
| 14629468 | + | Valley Forge Sewer Authority, 333 Pawlings Road, Phoenixville, PA 19460-2656 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 26 2026 02:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 26 2026 02:10:00 | Pennsylvania Department of Revenue, Bankruptcy |

| | | | | |
|---|---|---|---|---|
| | | | | Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14629433 | | Email/Text: ebn@americollect.com | Sep 26 2026 02:10:00 | Americollect, 1851 S. Alverno Rd, Manitowoc, WI 54221-1566 |
| 14629434 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 26 2026 02:10:00 | AmeriCredit Financial Services, Inc. dba, P O Box 183853, Arlington, TX 76096-3853 |
| 14629435 | ^ | MEBN | Sep 26 2026 02:00:26 | Apex Asset Management LLC, 2501 Oregon Pike STE 102, Lancaster, PA 17601-4890 |
| 14641127 | ^ | MEBN | Sep 26 2026 02:00:42 | Arcadia Recovery Bureau LLC, PO Box 6768, Wyomissing, PA 19610-0768 |
| 14684573 | + | Email/Text: rperez@arcadiarecovery.com | Sep 26 2026 02:10:00 | Arcadia Recovery Bureau LLC, 645 Penn Street, 4th Floor, Reading, PA 19601-3559 |
| 14629437 | | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Sep 26 2026 02:10:00 | Asset Acceptance LLC, P.O. Box 2036, Warren, MI 48090-2036 |
| 14629439 | + | Email/Text: bankruptcy@ctech-collects.com | Sep 26 2026 02:10:00 | C-Tech Collections, Inc, PO Box 402, Mt. Sinai, NY 11766-0402 |
| 14629440 | | Email/Text: kellyp@ccpdocs.com | Sep 26 2026 02:11:00 | Cardiology Consultants of Philadelphia, 207 North Broad St 3rd FL, Philadelphia, PA 19107-1500 |
| 14629441 | | Email/Text: HHEBN@harriscollect.com | Sep 26 2026 02:10:00 | Harris & Harris Ltd, 111 West Jackson Blvd, Suite 400, Chicago, IL 60604-4135 |
| 14629442 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 26 2026 02:10:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14629444 | + | Email/Text: Bankruptcy@keystonecollects.com | Sep 26 2026 02:10:00 | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14632284 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 26 2026 02:10:00 | MIDLAND CREDIT MANAGEMENT, INC. as agent for, Asset Acceptance, LLC, Po Box 2036, Warren MI 48090-2036 |
| 14629456 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 26 2026 02:10:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-4982 |
| 14644348 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 26 2026 02:10:00 | PNC Bank, National Association, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14631289 | | Email/Text: amps@manleydeas.com | Sep 26 2026 02:10:00 | PNC Bank, National Association, c/o Adam B. Hall, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14629453 | ^ | MEBN | Sep 26 2026 02:00:56 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14634122 | + | Email/Text: Bankruptcy@keystonecollects.com | Sep 26 2026 02:10:00 | Phoenixville Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14629461 | + | Email/Text: Bankruptcy@TekCollect.com | Sep 26 2026 02:10:00 | Tek-collect Inc, PO Box 1269, Columbus, OH 43216-1269 |
| 14634124 | + | Email/Text: Bankruptcy@keystonecollects.com | Sep 26 2026 02:10:00 | Township of Schuylkill, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14629466 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 26 2026 02:11:00 | Transworld System Inc, 500 Virginia Dr., Suite 514, Ft. Washington, PA 19034-2733 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID** **Bypass Reason** **Name and Address**

| | | |
|---|---|---|
| 14644584 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14629438 | ##+ | Brandywine, 201 Reeceville Road, Coatesville, PA 19320-1542 |
| 14629450 | ## | North American Partners in Anesthesia, PO Box 275, Glen Head, NY 11545-0275 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| TIMOTHY WILFONG | on behalf of Debtor Barbara Jean Sims timwilfong@aol.com LawOfficeofTimothyWilfong@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)−doc 65 − 59

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Barbara Jean Sims
aka Barbara J Taney Sims
aka Barbara J Sims

Debtor(s).

Case No. 21−12240−amc

Chapter: 13

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed on or before **October 26, 2026** with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 25, 2026

For The Court

Mohung Wong
Clerk of Court